IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ARSENIO ORTEZ BUCKLEY                                            PLAINTIFF

v.                                    Case No. 6:22-cv-06128

BAPTIST HEALTH MEDICAL CENTER,
JOHN OR JANE DOE #1 CSN and JOHN
OR JANE DOE #2 MRN                                              DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed February 1, 2023, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 9.

Plaintiff Arsenio Ortez Buckley has not filed objections to the Report and Recommendation, and the

time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Being well and sufficiently advised, and finding

no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*.

Plaintiff's complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.[1]  Plaintiff is

warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g),

and the Clerk of the Court is hereby **DIRECTED** to place a § 1915(g) strike flag on the case for future

judicial consideration.  Finally, any appeal from this dismissal would not be taken in good faith, and a

certificate of appealability shall not issue.

      **IT IS SO ORDERED**, this 3rd day of March, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1]Judge Bryant does not specify whether he recommends dismissing with or without prejudice.  *See* ECF No. 9. However, "[w]hen a district court dismisses an action for failure to state a claim, it may do so with or without prejudice." *Stewart v. Freddie*, No. 6:14-cv-06143, 2016 WL 5403099, at *4 (W.D. Ark. May 24, 2016) (citation omitted).  Thus the Court, in its discretion, chooses to dismiss without prejudice.